# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BILLIE SANFORD and CHARLES SANFORD<br>v.<br>OMNI HOTELS MANAGEMENT CORPORATION | CASE NO. 3:16-cv-1578-J-34PDB |

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|
| Reginald Luster | Robin Clay Hoblit<br>Michael Milton |

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles     Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:   FINAL PRETRIAL CONFERENCE

Defendant's Third Amended Motion In Limine (Dkt. No. 68) is **GRANTED** as stated on the record.

Plaintiffs' Motion In Limine (Dkt. No. 67) is **GRANTED, in part, and DENIED, in part** as stated on the record.

The Court ruled on the objections to the deposition of Dr. Gupta.

The parties anticipate **3 DAYS** for trial.

The parties are directed to exchange amended exhibit lists, along with the exhibits, by **September 27, 2019**.

No later than **October 4, 2019**, the parties are directed to file their amended exhibit lists and any objections to the exhibits, after conferring in a good faith attempt to resolve the objection.

The parties shall file briefs, not to exceed **ten (10) pages**, by **October 4, 2019**, regarding Mr. Sanford's loss of consortium claim.

Juror note taking will be permitted.

The parties intend to invoke the rule at the start of jury selection.

The Court will instruct the jury prior to closing arguments.

The parties are directed to confer and file a notice no later than **September 27, 2019**, regarding whether they consent to the Magistrate Judge selecting the jury.   If the parties believe that a settlement conference before the Magistrate Judge would be beneficial, then they shall file a notice by this same date.

Jury selection will begin at **9:00 a.m. on October 28, 2019**.   Opening statements and evidence will begin at **9:00 a.m. on October 29, 2019**.

**Order Scheduling Trial to enter.**

Date: September 19, 2019       Time:   10:00 a.m. – 11:50 a.m.       Total:   1 Hour, 50 Minutes