**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BILLIE SANFORD,

        Plaintiff,

v.                                   Case No.  3:16-cv-1578-J-34PDB

OMNI HOTELS MANAGEMENT
CORPORATION,

        Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 128; Report) entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on August 19, 2020.  In the Report, Judge Barksdale recommends that costs be taxed against Plaintiff in the amount of $4,972.12; Defendant's Motion for Award of Attorneys' Fees and Costs (Dkt. No. 115) be granted in part; Defendant be awarded attorney's fees in the amount of $52,410.75; the costs and fees shall bear post-judgment interest at 1.57 percent from November 4, 2019, until paid; and judgment be entered for Omni Hotels Management Corporation and against Billie Sanford.  See Report at 38-39. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal

conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate

Judge's Report, the Court will accept and adopt, with one observation, the legal and factual

conclusions recommended by the Magistrate Judge.[1]  Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation as amended here (Dkt. No. 128) is **ADOPTED**
   as the opinion of the Court.

2. Costs in the amount of $4,972.12 are taxed against Billie Sanford.

3. Defendant's Motion for Award of Attorneys' Fees and Costs (Dkt. No. 115) is
   **GRANTED, in part**.

4. Omni Hotels Management Corporation is awarded $52,410.75 in attorney's fees.

5. The Clerk of the Court is **DIRECTED** to enter judgment for Omni Hotels
   Management Corporation and against Billie Sanford for $4,972.12 for costs and
   $52,410.75 for attorney's fees, plus post-judgment interest on each amount at
   1.57 percent from November 4, 2019, until paid.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of September, 2020.

**MARCIA MORALES HOWARD**
United States District Judge

---

[1] The Court observes that while block billing is certainly discouraged, whether a fee applicant's use of block billing constitutes a failure to carry the applicant's burden depends on the particular circumstances of a given case and the challenges raised there.

ja

Copies to:

Counsel of Record